UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER SCHILLE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:08-cv-1403-CRD<br><br><br>JUDGMENT AND ORDER OF REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner shall issue a fully favorable decision, finding that Plaintiff's disability did not cease as of January 1, 2002, and that he has been continuously disabled since that date.

Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

//

//

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 30th day of March, 2009.

_____
Carolyn R. Dimmick
United States District Judge

Presented by:

/s/ Mathew W. Pile
MATHEW W. PILE    WSB #32245
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste 2900, M/S 901
Seattle, WA 98104-7075
Phone: (206) 615-3760
Fax:    (206) 615-2531
mathew.w.pile@ssa.gov

Of Attorneys for Defendant